UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CAROL J. ASCHERMANN,          )<br>         Plaintiff,                              )<br>                                                    )<br>   vs.                                               )<br>                                                    )<br>MICHAEL J. ASTRUE, Commissioner  )<br>of the Social Security Administration,   )<br>         Defendant.                            )    | 1:08-cv-1510-LJM-DML |

## ORDER ON MOTION FOR ATTORNEY FEES AND COSTS

Pending now is the Claimant's Motion for Attorney Fees and Costs pursuant to the Equal Access to Justice Act. The Commissioner disputes the claim. Because this court remanded this case back to the Administrative Law Judge ("ALJ"), the claimant is the prevailing party. There is no allegation that the Plaintiff's net worth is more than two million dollars, so the issue before the court is whether the Commissioner's position was substantially justified.

This Court concluded that the decision of the ALJ was not supported by substantial evidence. This Court was concerned about the failure of the ALJ to appropriately address the weight given the treating physician, and his failure to address the nausea problem with the claimant's medicine. These are fundamental errors that in this Court's experience have been the basis of a significant percentage of the number of remands to the ALJ.

The Commissioner's brief is filled with the arguments used at the merits stage of this appeal. Certainly, it is appropriate that the Commissioner remind the Court of the strength the position taken by the government. As noted above, however, the errors made by the ALJ in the instant case are not without precedent and, in fact, are the kind of errors

frequently seen in remands. For this reason, the Court now finds that the position of the Commissioner was not substantially justified.

The Motion for Attorney Fees is granted and judgment is entered in favor of the Plaintiff and against the Defendant for Attorney fees in the total amount of $5,640.00 representing an hourly award of $160.00 per hour.

IT IS SO ORDERED this 05/26/2010

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Ronald B. Eskin
reskin52@hotmail.com

Richard A. Gole
GOLE & VANWINKLE P.C.
rgole2467@aol.com,rgole@golelaw.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov,pearlie.wadlington@usdoj.gov,lin.montigney@usdoj.gov